UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_Tysheed Davis_

(In the space above enter the full name(s) of the plaintiff(s).)

- against -

_SCI Dallas kitchen staff workers_

(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)

**COMPLAINT**

Jury Trial: ☑ Yes ☐ No

(check one)

I. **Parties in this complaint:**

A. List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff  Name           _Tysheed Davis_
          Street Address  _1000 Follies Road, Pennsylvania, Philadelphia_
          County, City
          State & Zip Code _Pennsylvania, 18612_
          Telephone Number

Rev. 10/2009

B.  List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1  
Name __SCI Dallas__  
Street Address __1000 Follies Road Dallas, PA, 18612__  
County, City __Pennsylvania  Philadelphia__  
State & Zip Code __Pennsylvania, 18612__

Defendant No. 2  
Name _____  
Street Address _____  
County, City _____  
State & Zip Code _____

Defendant No. 3  
Name _____  
Street Address _____  
County, City _____  
State & Zip Code _____

Defendant No. 4  
Name _____  
Street Address _____  
County, City _____  
State & Zip Code _____

II.  **Basis for Jurisdiction:**

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.  What is the basis for federal court jurisdiction? *(check all that apply)*  
   ☒ Federal Questions          ☐ Diversity of Citizenship

B.  If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? __Assult__

Rev. 10/2009

- 2 -

C.  If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _____

Defendant(s) state(s) of citizenship _____

III. **Statement of Claim:**

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.  Where did the events giving rise to your claim(s) occur? __SCI Dallas__

B.  What date and approximate time did the events giving rise to your claim(s) occur? __1/2/22 12:00 AM__

C.  Facts: The officers in the kitchen where fighting. You could Review the video tape at SCI Dallas. I seen what had to happen and I could of almost have gotten hurt. I want to sue and have these people arrested for that incident. I want to the Court to grant me the oppertunity to become a confidential informate on this case, and help investigate.

[sidebar boxes: What happened to you? / Who did what? / Was anyone else involved? / Who else saw what happened?]

Rev. 10/2009                         - 3 -

IV.   Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. _____

_____
_____
_____
_____
_____
_____

V.   Relief:

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.

I want the Courts to grant me the opportunity to investigate this case. I also would like for the Courts to grant me a 100,000 thousand dollars, because I almost have could'en gotten hurt if they both kept fighting. I want the Court to grant me the opportunity to be a confidential informer and infortrader on this case to investigate. I want the Court to Review the video footage and see the two officers fighting.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __4__ day of _____1_____, 20 __22__

Signature of Plaintiff _____[signature]_____
Mailing Address  1000 Follies Road Dallas, PA, 18612

Telephone Number _____
Fax Number *(if you have one)* _____
E-mail Address _____

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

For Prisoners:

I declare under penalty of perjury that on this __4__ day of ___1___, 20 __22__, I am delivering this complaint to prison authorities to be mailed to the Clerk's Office of the United States District Court for the Eastern District of Pennsylvania.

Signature of Plaintiff: _____[signature]_____
Inmate Number  QP-2212

Rev. 10/2009

- 5 -

Smart Communications/PADOC
SCI-Dallas

NAME Tysheed Davis
NUMBER #QP-2212

SCI-DALLAS
1000 Follies Road
Dallas, PA 18612

P.O. Box 33028
[illegible], FL 33733

RECEIVED IN SUPERIOR COURT
JAN 09 2023
INMATE MAIL

Eastern District of Pennsylvania
Office of Clerk, United States
District Court Philadelphia, PA
19106-9865

US POSTAGE PITNEY BOWES
ZIP 18612
02 4W
0000385735 JAN 05 2023
$ 000.57°



The Superior Court of Pennsylvania
Office of the Prothonotary
SUITE 315
530 WALNUT STREET
PHILADELPHIA, PA 19106

US DISTRICT COURT
JAMES A. BYRNE COURTHOUSE
601 MARKET STREET
PHILADELPHIA PA 19106

RECEIVED JAN 1 8 2023